**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **TIGER MEDICAL HOLDINGS, LLC d/b/a TIGER BIOSCIENCES, EXTREMITY CARE, LLC, and REGENTX PARTNERS, LLC,**<br><br>  **Plaintiffs,**<br><br>  **v.**<br><br>**MIMEDX GROUP, INC.,**<br><br>  **Defendant.** | **Civil Action No. 7:25-cv-161** |

## PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Tiger Medical Holdings, LLC (doing business as "Tiger BioSciences"), Extremity Care, LLC, and RegenTX Partners, LLC make the following disclosures:

Tiger BioSciences has no parent corporation, and no publicly held corporation owns 10% or more of its stock. Extremity Care, LLC has no parent corporation, and no publicly held corporation owns 10% or more of its stock. RegenTX Partners, LLC is a wholly owned subsidiary of Extremity Care, LLC.

Dated:  April 11, 2025

By: _S+ Ch Cla_____

Steven Callahan
Texas State Bar No. 24053122
CHARHON CALLAHAN ROBSON &
  GARZA, PLLC
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Tel.: (214) 521-6400
Fax: (214) 764-8392

*Of Counsel*:

F. Dominic Cerrito
Eric C. Stops
Frank C. Calvosa
Daniel C. Wiesner
Geoffrey A. Kirsner
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
295 5th Avenue
New York, New York 10016
(212) 849-7000

Evan Pearson
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
300 West 6th Street, Suite 2010
Austin, Texas 78701
(737) 667-6100

*Attorneys for Plaintiffs*
*Tiger Medical Holdings, LLC*
*d/b/a Tiger BioSciences,*
*Extremity Care, LLC, and*
*RegenTX Partners, LLC*