## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **TIGER MEDICAL HOLDINGS, LLC, D/B/A TIGER BIOSCIENCES; EXTREMITY CARE, LLC, REGENTX PARTNERS, LLC,** | § § § § § § § § § § § § § | **MO:25-CV-00161-DC** |
| *Plaintiffs* | | |
| **v.** | | |
| **MIMEDX GROUP, INC.,** | | |
| *Defendant* | | |

## ORDER

BEFORE THE COURT is the report and recommendation from U.S. Magistrate Judge Derek T. Gilliland concerning Defendant MiMedx Group, Inc.'s Motion to Dismiss, or in the Alternative, Motion to Transfer.[1] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge issued his report and recommendation on February 9, 2026.[2]

Title 28, United States Code, Section 636(b) permits a party to serve and file written objections to a magistrate judge's proposed findings or recommendations within fourteen days after being served with a copy of the report and recommendations. The Court will review *de novo* the portions of the report and recommendations objected thereto. When no

---

[1] Doc. 23.
[2] Doc. 39.

objections are timely filed the Court need only review the magistrate judge's report and recommendation for clear error.[3]

Because no party in this case has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** the report and recommendation of the U.S. Magistrate Judge is **ADOPTED**.[4] Defendant MiMedx Group, Inc.'s Motion to Dismiss or, in the Alternative, Motion to Transfer is **DENIED**.[5]

It is so **ORDERED**.

SIGNED this 16th day of March, 2026.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[3] Fed. R. Civ. P. 72 advisory committee's note.
[4] Doc. 39.
[5] Doc. 23.