**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **TIGER MEDICAL HOLDINGS, LLC d/b/a TIGER BIOSCIENCES, EXTREMITY CARE, LLC, and REGENTX PARTNERS, LLC,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**MIMEDX GROUP, INC.,**<br><br>**Defendant.** | **Civil Action No. 7:25-cv-161**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that the undersigned attorney, Brady Cox, enters his appearance in the above-referenced proceeding for Defendant MiMedx Group, Inc. ("MiMedx"). Mr. Cox is admitted to practice in this Court, and MiMedx respectfully requests that the Court take note of this Notice of Appearance and make Mr. Cox one of its attorneys of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to Brady Cox at the address set forth below:

Brady Cox
ALSTON & BIRD LLP
Dallas Arts Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone: (214) 922-3443
Fax: (214) 922-3899
Email: Brady.Cox@alston.com

Dated: October 20, 2026

Respectfully submitted:

*/s/ Brady Cox*
Brady Cox
(TX Bar No. 24074084)
ALSTON & BIRD LLP
Dallas Arts Tower
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
(214) 922-3443
brady.cox@alston.com

Matthew W. Howell
(GA Bar No. 607080)
Wesley C. Achey
(GA Bar No. 141284)
Eric Pettis (*pro hac vice*)
(GA Bar No. 360485)
James Atkinson
(GA Bar No. 310451)
Carter E. White (*pro hac vice*)
(GA Bar No. 577033)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000
matthew.howell@alston.com
wes.achey@alston.com
eric.pettis@alston.com
james.atkinson@alston.com
carter.white@alston.com

Counsel for Defendant MiMedx Group, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the foregoing document with the Clerk of Court using the CM/ECF filing system, which will automatically send an email notification of such filing to all counsel of record on October 20, 2026.

Dated: October 20, 2026

Respectfully submitted:

*/s/ Brady Cox*
Brady Cox